**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| CHRISTOPHER J. FIORENTINO,<br><br>                Plaintiff,<br>     v.<br><br>FLOSPORTS, INC.,<br><br>                Defendant. | Case No. 1:22-CV-11502-AK |

**PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Christopher J. Fiorentino ("Plaintiff") will and hereby does respectfully move the Court pursuant to Fed. R. Civ. P. 23(e)(1) for an order:

(a) Determining that the Court will likely be able to approve the proposed Settlement[1] as fair, reasonable, and adequate, pursuant to Fed. R. Civ. P. 23(e)(2);

(b) Determining that the Court will likely be able to certify the Settlement Class, as defined in the Settlement, for purposes of judgment on the proposed Settlement pursuant to Fed. R. Civ. P. 23(a) and (b)(3);

(c) Appointing Plaintiff as Class Representative of the Settlement Class;

(d) Appointing Lieff Cabraser Heimann & Bernstein, LLP, Carney Bates & Pulliam PLLC, Burns Charest LLP, and Herrera Kennedy LLP as Class Counsel;

(e) Approving the proposed Notice Plan set forth in the Settlement, including the proposed forms of notice, and directing that notice be disseminated pursuant to the Notice Plan and Fed. R. Civ. P. 23(e)(1);

---

[1] The Settlement is filed concurrently herewith. Unless otherwise indicated, capitalized terms herein refer to and have the same meaning as in the Settlement.

1

    (f)      Appointing Epiq Class Action and Claims Solutions, Inc. ("Epiq") as Settlement Administrator and directing Epiq to carry out the duties and responsibilities of the Settlement Administrator specified in the Settlement;

    (g)      Staying all non-settlement related proceedings in this lawsuit pending final approval of the Settlement;

    (h)      Setting deadlines for Class Members to request exclusion from the Class and to object to the Settlement; and

    (i)      Scheduling a Final Approval Hearing and certain other dates in connection with the final approval of the Settlement pursuant to Fed. R. Civ. P. 23(e)(2).

Defendant FloSports, Inc. does not oppose this motion. This motion is based on the accompanying memorandum of points and authorities; the Settlement and exhibits thereto; the Joint Declaration of Rachel Geman and Hank Bates filed herewith; the Declaration of Cameron R. Azari filed herewith; the argument of counsel; all papers and records on file in this matter; and such other matters as the Court may consider.

| | |
|---|---|
| Dated:  July 26, 2023 | Respectfully submitted, |
| */s/*    *Rachel Geman*   | */s/*    *Hank Bates*   |
| Rachel J. Geman (rgeman@lchb.com) | Hank Bates (hbates@cbplaw.com) |
| Douglas I. Cuthbertson (dcuthbertson@lchb.com) | Lee Lowther (llowther@cbplaw.com) |
| | Courtney E. Ross (cross@cbplaw.com) |
| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP | CARNEY BATES & PULLIAM, PLLC |
| 250 Hudson Street, 8th Floor | 519 W. 7th Street |
| New York, NY 10013-1413 | Little Rock, AR 72201 |
| Telephone: (212) 355-9500 | Telephone: (501) 312-8500 |
| | |
| Michael K. Sheen (msheen@lchb.com) | C. Andrew Dirksen (cdirksen@cerallp.com) |
| Nicholas R. Hartmann (nhartmann@lchb.com) | CERA LLP |
| | 800 Boylston Street, 16th Floor |
| Nabila Abdallah (nabdallah@lchb.com) | Boston, MA 02199 |
| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP | Telephone: (857) 453-6555 |
| 275 Battery Street, 29th Floor | Nicomedes Sy Herrera (nherrera@herrerakennedy.com) |
| San Francisco, CA 94111 | HERRERA KENNEDY LLP |
| Telephone: (415) 956-1000 | 1300 Clay Street, Suite 600 |
| | Oakland, CA 94612 |
| Christopher J. Cormier (ccormier@burnscharest.com) | Telephone: (510) 422-4701 |
| BURNS CHAREST LLP | Shawn M. Kennedy (skennedy@herrerakennedy.com) |
| 4725 Wisconsin Avenue, NW | HERRERA KENNEDY LLP |
| Washington, DC 20016 | 4590 MacArthur Blvd., Suite 500 |
| Telephone: (202) 577-3977 | Newport Beach, CA 92660 |
| | Telephone: (949) 936-0900 |
| Hannah M. Crowe (hcrowe@burnscharest.com) | |
| BURNS CHAREST LLP | |
| 900 Jackson Street, Suite 500 | |
| Dallas, TX 75202 | |
| Telephone: (469) 904-4550 | |
| | *Counsel for Plaintiff and the Proposed Class* |