IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER J. FIORENTINO,<br><br>        Plaintiff,<br>v.<br><br>FLOSPORTS, INC.,<br><br>        Defendant. | Case No. 1:22-CV-11502-AK |

**PLAINTIFF'S NOTICE OF MOTIONS AND UNOPPOSED MOTIONS FOR
(I) FINAL APPROVAL OF CLASS ACTION SETTLEMENT, AND
(II) AWARD OF ATTORNEYS' FEES, LITIGATION COSTS, AND SERVICE AWARD.**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 23 ("Rule 23"), the Class Action Settlement Agreement (the "Settlement") (Doc No. 60-1), and this Court's Preliminary Approval Order (Doc No. 63), Plaintiff Christopher J. Fiorentino ("Plaintiff") will and hereby does request that the Court (i) grant final approval of the Settlement of the above-referenced action (the "Action"), and (ii) award attorneys' fees, litigation costs and a service award. More specifically, Plaintiff respectfully requests this Court enter an order: (i) granting final approval of the Settlement as fair, reasonable, and adequate; (ii) certifying the Settlement Class; (iii) finding that the notice program as set forth in Section IV of the Settlement Agreement and effectuated pursuant to the Preliminary Approval Order satisfies the requirements of Federal Rule of Civil Procedure 23(c) and due process and constitutes the best notice practicable under the circumstances; (iv) granting Class Counsel attorneys' fees and costs in the aggregate amount of $875,000, (v) granting Plaintiff a service award of $2,000; and (vi) entering final judgment.

1

Defendant FloSports, Inc. does not oppose the Motion for Final Approval. These motions are based on the accompanying memoranda of points and authorities; the Settlement and exhibits thereto (Doc No. 60-1); the Joint Declaration of Rachel Geman and Hank Bates filed herewith; the Declaration of Cameron R. Azari filed herewith; the argument of counsel; all papers and records on file in this matter; and such other matters as the Court may consider.

Dated:  December 6, 2023                                  Respectfully submitted,

| /s/      Rachel Geman | /s/      Hank Bates |
|---|---|
| Rachel J. Geman (rgeman@lchb.com) | Hank Bates (hbates@cbplaw.com) |
| Douglas I. Cuthbertson (dcuthbertson@lchb.com) | Lee Lowther (llowther@cbplaw.com) |
| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP | Courtney E. Ross (cross@cbplaw.com) |
| 250 Hudson Street, 8th Floor | CARNEY BATES & PULLIAM, PLLC |
| New York, NY 10013-1413 | 519 W. 7th Street |
| Telephone: (212) 355-9500 | Little Rock, AR 72201 |
|  | Telephone: (501) 312-8500 |
| Michael K. Sheen (msheen@lchb.com) |  |
| Nicholas R. Hartmann (nhartmann@lchb.com) | C. Andrew Dirksen (cdirksen@cerallp.com) |
| Nabila Abdallah (nabdallah@lchb.com) | CERA LLP |
| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP | 800 Boylston Street, 16th Floor |
| 275 Battery Street, 29th Floor | Boston, MA 02199 |
| San Francisco, CA 94111 | Telephone: (857) 453-6555 |
| Telephone: (415) 956-1000 |  |
|  | Nicomedes Sy Herrera (nherrera@herrerakennedy.com) |
| Christopher J. Cormier (ccormier@burnscharest.com) | HERRERA KENNEDY LLP |
| BURNS CHAREST LLP | 1300 Clay Street, Suite 600 |
| 4725 Wisconsin Avenue, NW | Oakland, CA 94612 |
| Washington, DC 20016 | Telephone: (510) 422-4701 |
| Telephone: (202) 577-3977 |  |
|  | Shawn M. Kennedy (skennedy@herrerakennedy.com) |
| Hannah M. Crowe (hcrowe@burnscharest.com) | HERRERA KENNEDY LLP |
| BURNS CHAREST LLP | 4590 MacArthur Blvd., Suite 500 |
| 900 Jackson Street, Suite 500 | Newport Beach, CA 92660 |
| Dallas, TX 75202 | Telephone: (949) 936-0900 |
| Telephone: (469) 904-4550 |  |

*Counsel for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

I, Hank Bates, hereby certify that this document was filed on December 6, 2023, via the ECF system, and was sent electronically on that date to the Parties' counsel of record.

By: */s/ Hank Bates*
      Hank Bates