# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION**

|  |  |
|---|---|
| CHRISTOPHER J. FIORENTINO, individually and on behalf of all others similarly situated, ) ) ) ) | |
| Plaintiff, ) ) | Case No. 1:22-cv-11502 |
| v. ) ) ) | Hon. Angel Kelley |
| FLOSPORTS, INC., ) ) ) | |
| Defendant. ) ) | |

**DECLARATION OF CHRISTOPHER J. CORMIER IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES**

I, CHRISTOPHER J. CORMIER hereby declares as follows:

1. I am a partner at the law firm of Burns Charest LLP. I am admitted to practice *pro hac vice* before this Court and serve as Counsel for Plaintiff and the Class. I submit this declaration in support of Plaintiff's Motion for Attorneys' Fees.

2. I have personal knowledge of the facts contained in this declaration.

3. Burns Charest is a boutique trial firm that represents individuals, businesses, and classes in complex, high-value disputes, primarily in the fields of antitrust, privacy, intellectual property, energy, and mass torts. Founded in 2015 by former Susman Godfrey LLP partners and associates, its partnership now includes former partners of other prominent plaintiff-side firms like Boies Schiller Flexner LLP and Cohen Milstein Sellers & Toll PLLC. With offices in Dallas, New Orleans and Washington, DC, the firm has quickly gained a reputation as one of the preeminent complex plaintiff-side litigation firms in the nation. The firm has obtained judgments and settlements approaching $1 billion dollars for their clients as lead counsel in various class actions

and mass torts and for individual and corporate clients in various business disputes. The firm and its lawyers are ranked by preeminent legal publications such as Benchmark Litigation, Best Lawyers in America, Chambers and Partners, Who's Who Legal/Global Competition Review, Lawdragon, and Super Lawyers. More information on the firm can be found at https://www.burnscharest.com.

4.     I have more than 20 years of experience handling antitrust, privacy, and other class actions as well as representing business clients in high-value commercial litigation. I have served as court-appointed co-lead counsel in numerous antitrust and other complex class actions resulting in successful settlements and verdicts approaching $2 billion, including *In re Urethane Antitrust Litigation* (D. Kan.), where I served on the co-lead counsel and trial teams that secured the largest price-fixing verdict in the history of the Sherman Antitrust Act, and *In re Plaid Inc. Privacy Litigation* (N.D. Cal.), where I served as co-lead counsel for a data privacy class and obtained $58 million and valuable injunctive relief in settlement. According to one publication, I am "lauded as 'an excellent competition plaintiff lawyer' who is regularly engaged in high-value antitrust proceedings before state and federal courts," while another publication, quoting some of my peers and clients, states that I am "a considered, careful, but relentless advocate" who is "quick on his feet and not afraid to get down in the weeds" as well as a "great co-counsel in the space." I repeatedly have been named to the Lawdragon 500 Leading Plaintiff Financial Lawyers and Lawdragon 500 Leading Plaintiff Consumer Lawyers guides, honored as one the globe's top plaintiffs' antitrust lawyers in the Global Competition Review's Who's Who Legal: Competition, selected to the Best Lawyers in America in the fields of antitrust and commercial litigation, called a "Rising Star" in the field of antitrust litigation by Super Lawyers, and recognized by Benchmark Plaintiff as an "antitrust litigation star." I graduated *magna cum laude* from American University's

Washington College of Law in 2002 and earned a BA in Government from the University of Virginia in 1999.

5. I have led Burns Charest's investigation, litigation, and settlement efforts in this case. My work has included: conducting a pre-filing investigation into the factual and legal bases for potential claims and defenses in this case (including working with a consulting expert in the field of computer software forensics); helping draft Plaintiff's mediation statement; attending a full-day mediation session and participating in subsequent related communications; participating in the negotiation and drafting of the memorandum of understanding and long-form settlement agreement; helping select the settlement administrator on notice and administration-related issues; and providing input into the preliminary settlement approval papers.

6. Burns Charest's audited lodestar of $111,285.00 through October 20, 2023 reflects 146.8 hours of work by qualified attorneys and support staff. I primarily handled this case for the firm, with additional contributions from associate Hannah M. Crowe, staff attorney Lauren M. Cross, and paralegals Andrew Bynum and Tenacia Whiteside.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 6th day of November 2023, in Washington, DC.

Christopher J. Cormier

**FIORENTINO v. FLOSPORTS, INC.**

**Burns Charest LLP**
**Reporting Period: Inception - October 20, 2023**

| Name | Position | Current Hourly Rate | Cumulative Hours | Cumulative Lodestar |
|---|---|---|---|---|
| Chris Cormier | Partner | $ 950.00 | 79.4 | $ 75,430.00 |
| Hannah Crowe | Associate | $ 700.00 | 18.6 | $ 13,020.00 |
| Lauren Cross | Staff Attorney | $ 550.00 | 26.2 | $ 14,410.00 |
| Andrew Bynum | Paralegal | $ 425.00 | 10.8 | $ 4,590.00 |
| Tenacia Whitesdie | Paralegal | $ 325.00 | 11.8 | $ 3,835.00 |