# EXHIBIT E

Case 1:22-cv-11502-AK    Document 70-5    Filed 12/06/23    Page 1 of 2

## DECLARATION OF OZGE ERTURK

I, Ozge Erturk, the undersigned, declare that the following is true and correct to the best of my knowledge and belief:

1. I am the Chief Marketing Officer of FloSports, Inc. ("FloSports"). I am over the age of 18 years old and have personal knowledge of the following facts, and if called as a witness, could and would competently testify thereto.

2. I submit this declaration for purposes of the motion for final approval to be submitted in *Fiorentino v. FloSports, Inc.*, 1:22-cv-11502, in the United States District Court for the District of Massachusetts before the Honorable Angel Kelley.

3. I have personal knowledge of the operation and tool use on FloSports' website.

4. In connection with the settlement of this matter, the Facebook Tracking Pixel has been removed on any pages on the FloSports website that both include video content and have a URL that identifies the video content viewed.

Executed on December 5, 2023, at Austin, Texas.

*Ozge Erturk*
Ozge Erturk